# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:18-cv-07768-MWF (AFM)**                              Date:  **July 11, 2019**

Title  **Willie D. Randle v. A. Tiggs-Brown, et al.**

Present: The Honorable:   **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On May 23, 2019, the Court granted plaintiff's motion for an extension of time to file his Third Amended Complaint and extended the deadline to June 22, 2019. The docket shows that, as late as the date of this Order, plaintiff has not filed a Third Amended Complaint.

Accordingly, on or before August 1, 2019, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of a Third Amended Complaint by August 1, 2019 shall discharge the Order to Show Cause.

Further, plaintiff is admonished that if he fails to timely file a Third Amended Complaint remedying the pleading deficiencies, the Court will recommend that this action be dismissed for failure to diligently prosecute.

IT IS SO ORDERED.

:
**Initials of Preparer**      ib